

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JESUS RODRIGUEZ HERNANDEZ,<br><br>　　　　Defendant. | ) No. 09-MJ-00264-DUTY<br>)<br>) ORDER OF DETENTION AFTER<br>) HEARING<br>) (18 U.S.C. § 3142(i))<br>)<br>)<br>)<br>)<br>) |

I.

A. ( ) on motion of the Government involving an alleged

　　1. ( ) crime of violence;

　　2. ( ) offense with maximum sentence of life imprisonment or death;

　　3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

　　4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (X) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1.    (X) serious risk defendant will flee;
2.    ( ) serious risk defendant will
   a. ( ) obstruct or attempt to obstruct justice
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A.    (X) appearance of defendant as required; (and/)or

B.    (X) safety of any person or the community

## III.

The Court has considered:

A.    (X) the nature and circumstances of the offense;

B.    (X) the weight of evidence against defendant;

C.    (X) the history and characteristics of the defendant;

D.    (X) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history including convictions involving violence and narcotics related offenses.

1  B. (X) History and characteristics indicate a serious risk
2  that defendant will flee because:
3  _The court has no personal information or bail_
4  _resources with which to assess flight risks._
5
6
7
8
9
10  C. ( ) A serious risk exists that defendant will:
11     1. ( ) obstruct or attempt to obstruct justice;
12     2. ( ) threaten, injure or intimidate a witness/juror
13  because:
14
15
16
17
18
19
20  D. ( ) Defendant has not rebutted by sufficient evidence to
21     the contrary the presumption provided in 18 U.S.C. §
22     3142(e).
23
24  **IT IS ORDERED** that defendant be detained prior to trial.
25  **IT IS FURTHER ORDERED** that defendant be confined as far as
26  practicable in a corrections facility separate from persons
27  awaiting or serving sentences or persons held pending appeal.
28

1 | **IT IS FURTHER ORDERED** that defendant be afforded reasonable
2 | opportunity for private consultation with his counsel.
3 |
4 | Dated: February 10, 2009   _____
5 |                            THE HONORABLE JENNIFER T. LUM
  |                            U.S. Magistrate Judge